IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BUCKSHAW,** : | |
|   Petitioner, : | |
| : | |
| v. : | CIVIL ACTION NO. 21-CV-1059 |
| : | |
| **MARYLAND NATIONAL CAPITAL** : | |
| **PARK AND PLANNING COMMISSION** : | |
| **PARK POLICE,** *et al.*, : | |
|   Respondents. : | |

### ORDER

AND NOW, this 15th day of April, 2021, in light of *pro se* Plaintiff John J. Buckshaw's failure to sign his *habeas corpus* petition and either pay the fee to commence this *habeas corpus* action or file a motion to proceed *in forma pauperis* as directed by this Court's Order entered and mailed on March 10, 2021 (*see* ECF No. 4), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that the case would be dismissed without prejudice for failure to prosecute; and, in consideration of the same Order directing Buckshaw to show cause why the Court should not enjoin him from filing any further *habeas corpus* cases in this Court unless Buckshaw (1) captions his petition for this Court; (2) identifies a state court criminal conviction from a county located within the Eastern District of Pennsylvania (*see* 28 U.S.C. § 118(a)); (3) pays the filing fee or moves to proceed *in forma pauperis*; and (4) files the petition on this Court's standard form as required by Local Civil Rule 9.3, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The above captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

3. John J. Buckshaw is **ENJOINED** from filing any further *habeas corpus* cases in this Court unless Buckshaw (1) captions his petition for this Court; (2) identifies a state court criminal conviction from a county located within the Eastern District of Pennsylvania (*see* 28 U.S.C. § 118(a)); (3) pays the filing fee or moves to proceed *in forma pauperis*; and (4) files the petition on this Court's standard form as required by Local Civil Rule 9.3.

4. If Buckshaw submits any paper to the Clerk of Court that falls within the description contained in Paragraph 3 of this Order, the Clerk of Court is **DIRECTED** not to docket such paper. In other words, the Clerk of Court shall only docket habeas petitions filed on the Court's standard form, that bear this Court's caption, that identify a state court criminal conviction from a county located within the Eastern District of Pennsylvania, and that are accompanied by payment of the filing fee or a motion to proceed *in forma pauperis*. The Clerk of Court is **FURTHER DIRECTED** to return any paper covered by this injunction to Buckshaw with a copy of this Order.[1]

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.

---

[1] The Clerk need not return papers individually should Buckshaw, as he has done in the past, submit numerous papers at the approximately the same time. Rather, to conserve judicial resources, the Clerk may return groups of papers in a single return along with a copy of this Order.